## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:                                          CASE NO. 22-10968

**JASON C. ADAMS**                              **CHAPTER 7**

    **DEBTOR**                              **SECTION "A"**

_____

**BRETT LIRETTE and**
**DIANA LIRETTE KING**

    Plaintiffs

**VS**                                          **ADVERSARY NO.:**

**JASON C. ADAMS**

    Defendant

_____

### COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY OF DEBT PURSUANT TO §523 OF THE BANKRUPTCY CODE

**NOW INTO COURT**, through undersigned counsel, come Brett Lirette, an individual of the full age of majority, individually and as the father and heir of **KRISTI LYNN LIRETTE**, and Diana Lirette King, an individual of the full age of majority, individually and as the mother and heir of **KRISTI LYNN LIRETTE** (collectively, "Plaintiffs"), creditors and plaintiffs herein, who file this Complaint against Jason C. Adams ("Defendant" or "Debtor"), objecting to the dischargeability of his debt to Plaintiffs pursuant to 11 U.S.C. §523 of the Bankruptcy Code.  In support, the Plaintiffs respectfully represent as follows:

1

## JURISDICTION AND VENUE

1.      This is an adversary proceeding, pursuant to Federal Rule of Bankruptcy Procedure Rule 7001 and 11 U.S.C. §523(a)(9) and §523(a)(6), seeking a determination as to the dischargeability of the debt owed by the Debtor to the Plaintiffs.

2.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §1334 and Bankruptcy Code §523.

3.      This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(I).

4.      Venue is proper in this district pursuant to 11 U.S.C. §1409(a).

## PARTIES

5.      Plaintiffs are individuals of the full age of majority domiciled in the State of Louisiana.

6.      Plaintiffs are creditors of the Debtor.

7.      The Defendant is the Debtor in the above captioned case and resides at 4611 Cleary Avenue, Metairie, Louisiana 70002-1311.

## FACTS

8.      On August 26, 2022, Defendant filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Louisiana [Case No. 22-10968; Doc. 1].

9.      The Defendant filed his Schedules and Statement of Financial Affairs on September 8, 2022, and included the debts owed to Plaintiffs on Schedule F in an "unknown" amount [Case No 22-10968; Doc. 28].

10.      On August 31, 2022, this Court entered its Order on Motion for Relief from Stay [Doc. 19] permitting Plaintiffs to continue to prosecute that certain state court suit styled *Brett*

*Lirette and Diana King v. Jason C. Adams,* Docket 16-5383 in the Civil District Court, Parish of Orleans, State of Louisiana ("the State Court Suit").

11.     On November 7, 2022, after trial on the merits, a jury in the State Court Suit found Defendant to be liable to Plaintiffs in the total amount $51 Million.

12.     On May 4, 2016, shortly after 11:30 P.M., the Debtor was driving a 2015 Lamborghini Huracan, a motor vehicle, eastbound on Tchoupitoulas Street in the City of New Orleans.

13.     On the aforementioned date and time, **KRISTI LYNN LIRETTE**, the daughter of Plaintiffs, was a front seat guest passenger in the vehicle operated by the Debtor.

14.     At approximately 11:38 P.M. the 2015 Lamborghini Huracan, operated by the Debtor and occupied by **KRISTI LYNN LIRETTE,** left Tchoupitoulas Street, crossed the adjacent grassy area and violently crashed into a concrete flood wall.

15.     Tragically, **KRISTI LYNN LIRETTE** died as a result of injuries sustained in the crash described above.

16.     Immediately before the Debtor crashed the 2015 Lamborghini Huracan into the concrete flood wall**,** causing the death of **KRISTI LYNN LIRETTE**, he was traveling on Tchoupitoulas Street at an estimated speed of 118 miles per hour.

17.     The Debtor was legally intoxicated at the time he crashed the 2015 Lamborghini Huracan into the concrete flood wall, causing the death of **KRISTI LYNN LIRETTE**.

18.     The negligence, intoxication and willful and wanton recklessness of the Debtor was the sole cause of the crash, the death of **KRISTI LYNN LIRETTE** and the resulting damages and losses sustained and asserted by Plaintiffs in the State Court Suit found by the jury to be a total of $51 Million, $12 Million to each of Plaintiffs for the wrongful death of **KRISTI LYNN**

3

LIRETTE; $2 Million for the Survival Action for the pre-death fear, pain, suffering and mental anguish of **KRISTI LYNN LIRETTE;** and $25 Million for punitive damages against the Debtor.

19.     In its verdict, the Jury in the State Court Suit specifically found that: (1) the Debtor was 100% responsible for the crash; (2) the Debtor was intoxicated while operating a motor vehicle at the time of the May 4, 2016 crash; (3) the intoxication of the Debtor was a cause of the death of **KRISTI LYNN LIRETTE**; and, (4) the death of **KRISTI LYNN LIRETTE** was caused by the wanton or reckless disregard for the rights and safety of others by the Debtor. A copy of the Jury Interrogatories executed on November 7, 2022 and signed by the jury foreperson is attached as Exhibit A.

20.     On April 30, 2018, the Debtor entered a guilty plea for the crime of vehicular homicide in the Criminal District Court ("the Criminal Court") for the Parish of Orleans, State of Louisiana in that case styled *State of Louisiana v. Jason C. Adams*, Case no. 530-668 on the docket of that Court.  A copy of the guilty plea is attached as Exhibit B.

21.     In connection with entry of the guilty plea. the Criminal Court conducted a Boykinization hearing during which the Debtor, under oath, admitted, *inter alia,* to driving the vehicle at a high rate of speed killing **KRISTI LYNN LIRETTE** while under the influence of alcohol with a blood alcohol level of .11, above the legal limit under Louisiana State law.  A copy of the hearing transcript is attached as Exhibit C.

### **FIRST COUNT - §523(a)(6)**

22.     Paragraphs 1-21 are repeated herein as if copied in extenso.

23.     Defendant is guilty of willful and malicious injury to another entity, specifically to **KRISTI LYNN LIRETTE,** whose death he caused.

4

24.     The allegations contained herein are based on the exception to dischargeability contained in §523(a)(6).

## SECOND COUNT - §523(a)(9)

25.     Paragraphs 1-21 are repeated herein as if copied in extenso.

26.     The allegations contained herein are also based upon the enumerated exception to dischargeability contained in §523(a)(9).

27.     The actions of the Defendant referenced hereinabove support the assertions that the debt due to Plaintiffs resulted from death or personal injury caused by the Debtor's operation of a motor vehicle unlawfully because the Debtor was intoxicated from using alcohol, a drug, or another substance.

**WHEREFORE**, Plaintiffs pray that this Court enter a judgment (i) determining that the debt of Defendant, Jason C. Adams, to Plaintiffs is nondischargeable pursuant to 11 U.S.C. §523(a)(6) and/or §523(a)(9); and, (ii) for any and all other relief as this Court may deem just and proper.

Respectfully submitted,

/s/ William E. Steffes
William E. Steffes, LA Bar No. 12426
THE STEFFES FIRM, LLC
13702 Coursey Blvd., Bldg. 3
Baton Rouge, LA 70817
Telephone: (225) 751-1751
Facsimile: (225) 751-1998
Email: bsteffes@steffeslaw.com

And

**DUDLEY DEBOSIER APLC**

 /s/ Adras Paul Laborde, III_____
Adras Paul Laborde, III, LA Bar No. 21580
1075 Government Street
Baton Rouge, LA 70802
Telephone: (225) 379-3333
Facsimile: (225) 379-3411
Email: plaborde@dudleydebosier.com

*Attorneys for Brett Lirette and*
*Diana Lirette King*

**PLEASE ISSUE SUMMONS TO:**

**Jason C. Adams**
4611 Cleary Avenue
Metairie, Louisiana 70002-1311

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    CASE NO. 22-10968

JASON C. ADAMS                                            CHAPTER 7

    DEBTOR                                          SECTION "A"
_____

BRETT LIRETTE and
DIANA LIRETTE KING

    Plaintiffs

VS                                                        ADVERSARY NO.:

JASON C. ADAMS

    Defendant
_____

## <u>VERIFICATION</u>

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

    **BEFORE ME**, the undersigned Notary Public, duly commissioned and qualified in and

for the Parish of East Bato Rouge, State of Louisiana, personally came and appeared Brett Lirette,

who after first being duly sworn, declared as follows:

1.  that he is a plaintiff in the above captioned adversary proceeding;

2.  that he has read the allegations contained in the above and foregoing *Complaint for*

    *Determination of Dischargeability of Debt Pursuant to 523 of the Bankruptcy Code,*

    and they are true and correct, to the best of his knowledge, information, and belief.


                            /s/ Brett Lirette_____
                            Brett Lirette

       SWORN TO AND SUBSCRIBED before me, at Baton Rouge, Louisiana, on this 17th day

of November, 2022.

_____/s/ Adras Paul LaBorde, III_____

NOTARY PUBLIC

Name: Adras Paul LaBorde, III

Number: La Bar No. 21580

My Commission Expires: at death
