## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 22-10968 |
| JASON C. ADAMS, | § § | CHAPTER 7 |
| DEBTOR. | § § | SECTION A |

| | | |
|---|---|---|
| BRETT LIRETTE & DIANA LIRETTE KING, | § § § § | |
| PLAINTIFFS, | § § | ADV. NO. 22-1028 |
| V. | § § § | |
| JASON C. ADAMS, | § § | |
| DEFENDANT. | § | |

## ORDER

The Court held a hearing on December 20, 2023, to consider the *Motion for Summary Judgment and Incorporated Memorandum* (the "Motion"), [ECF Doc. 21], filed by the Plaintiffs; the Response (the "First Response"), [ECF Doc. 25], filed by the Defendant; and the Reply, [ECF Doc. 26], filed by the Plaintiffs. The Court notes that Defendant filed a second Response, [ECF Doc. 28], on December 20, 2023, withdrawing the First Response.

Accordingly,

**IT IS ORDERED** that the Motion is **GRANTED** as unopposed.

**IT IS FURTHER ORDERED** that the Defendant is not entitled to a discharge under 11 U.S.C. Section 523(a)(9) for the claims of the Plaintiffs.

**IT IS FURTHER ORDERED** that the Plaintiffs shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system

pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, January 5, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE