## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 22-10968 |
| JASON C. ADAMS, | § § | CHAPTER 7 |
| DEBTOR. | § § | SECTION A |

| | | |
|---|---|---|
| BRETT LIRETTE & DIANA LIRETTE KING, | § § § § | |
| PLAINTIFFS, | § § | ADV. NO. 22-1028 |
| V. | § § | |
| JASON C. ADAMS, | § § § | |
| DEFENDANT. | § § | |

### JUDGMENT ON COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY OF DEBT PURSUANT TO §523 OF THE BANKRUPTCY CODE

Consistent with this Court's *Order*, [ECF Doc. 31], granting summary judgment as unopposed,

**IT IS ORDERED** that the *Complaint for Determination of Dischargeability of Debt Pursuant to §523 of the Bankruptcy Code*, [Adv. No. 22-1028, ECF Doc. 1], filed by Brett Lirette and Diana Lirette King, is well taken and the relief sought in the Complaint is **GRANTED**.

**IT IS FURTHER ORDERED** that the debt of Defendant, Jason C. Adams, to Plaintiffs is nondischargeable pursuant to 11 U.S.C. §523(a)(6).

**IT IS FURTHER ORDERED** that the debt of Defendant, Jason C. Adams, to Plaintiffs is nondischargeable pursuant to 11 U.S.C. §523(a)(9).

2

**IT IS FURTHER ORDERED** that the Clerk is **DIRECTED** to **DISMISS** this case as soon as practicable.

New Orleans, Louisiana, January 5, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE